**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 566 MAL 2021

              Respondent :

                              : Petition for Allowance of Appeal
                              : from the Order of the Superior Court

              v. :

:

:

KEITH ALAN HOFFA, :

:

              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.